RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
Nevada State Bar No. 14465
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Eddie Joe Perez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00251-RFB-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE THE REVOCATION HEARING** |
| v. | (First Request) |
| EDDIE JOE PEREZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Eddie Joe Perez, that the revocation hearing scheduled on Monday, January 23, 2023 at 11:45 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

This Stipulation is entered into for the following reasons:

1. The defendant is in custody but does not oppose the continuance.

2. Counsel needs additional time to investigate the allegations in the petition.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

Dated: January 19, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By: */s/ Navid Afshar*<br>    NAVID AFSHAR<br>    Assistant Federal Public Defender | By: */s/ Daniel J. Cowhig*<br>    DANIEL J. COWHIG<br>    Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>EDDIE JOE PEREZ,<br><br>    Defendant. | Case No. 2:20-cr-00251-RFB-VCF<br><br>**ORDER** |

The best interest of justice being served and all parties being in agreement:

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, January 23, 2023, at 11:45 a.m., be vacated and continued to __January 30, 2023__ at the hour of __8:30 AM__.

DATED this 20th day of January, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3