RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
Nevada State Bar No. 14465
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Eddie Joe Perez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>EDDIE JOE PEREZ,<br><br>        Defendant. | Case No. 2:20-cr-00251-RFB-VCF<br><br>**STIPULATION TO CONTINUE THE SENTENCING PORTION OF THE CONTINUED REVOCATION HEARING (FIRST REQUEST)** |

      IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Eddie Joe Perez, that the stipulation to continue the sentencing portion of the continued revocation hearing scheduled on February 16, 2023 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

      This Stipulation is entered into for the following reasons:

1. Counsel is attempting to collect records that would be relevant for the upcoming hearing and needs additional time to obtain any relevant records.

2. The defendant is in custody but does not oppose the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing portion of the continued revocation hearing.

Dated: February 9, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By: */s/ Navid Afshar*<br>    NAVID AFSHAR<br>    Assistant Federal Public Defender | By: */s/ Daniel J. Cowhig*<br>    DANIEL J. COWHIG<br>    Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EDDIE JOE PEREZ,<br><br>　　　　Defendant. | Case No. 2:20-cr-00251-RFB-VCF<br><br>**ORDER** |

The best interest of justice being served and all parties being in agreement:

IT IS THEREFORE ORDERED that the sentencing portion of the continued revocation hearing currently scheduled for February 16, 2023, at 10:30 a.m., be vacated and continued to March 13, 2023 at the hour of 11:45 AM.

DATED this 10th day of February, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3